AO 91 (Rev. 11/11) Criminal Complaint                                      AUSA Elly Moheb (312) 371-7959

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

     v.

SIDNEY BLACKMON, RASHAAD COLLINS,
DEVON JOHNSON, and DWAYNE PARKER.

CASE NUMBER: 25 CR 606



FILED
9/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 24, 2025 at Plainfield, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1<br>Title 18, United States Code, Section 1951(a) and 2 | obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b) |
| COUNT 2<br>Title 18, United States Code, Section 924(c) and 2 | during and in relation to a crime of violence possessed a firearm |

This criminal complaint is based upon these facts:

  X  Continued on the attached sheet.

*Scott Erthal*
_____
Scott Erthal
Special Agent, Federal Bureau of Investigation
(FBI)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: September 25, 2025
_____

*Judge's signature*

City and state: Chicago, Illinois

Gabriel A. Fuentes, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, Scott Erthal, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since January 2019. My current responsibilities include the investigation of violent crimes, including, among others, kidnapping, robbery investigations, and the apprehension of violent fugitives.

2.      This affidavit is submitted in support of a criminal complaint alleging that Rashaad COLLINS, Devon JOHNSON, Dwayne PARKER, and Sidney BLACKMON, have violated Title 18, United States Code, Section 1951(a) and 2, and Title 18, United States Code, Section 924(c) and 2. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Rashaad COLLINS, Devon JOHNSON, Dwayne PARKER, and Sidney BLACKMON with robbery affecting interstate commerce and possessing a firearm during and relation to a crime of violence, specifically robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      The statements in this affidavit are based on my personal knowledge, interviews of witnesses, review of still shots from security video and on information I have received from other law enforcement personnel and from persons with

1

knowledge regarding relevant facts, as well as my training and experience and the training and experience of other law enforcement officers with whom I have consulted.

## FACTS SUPPORTING PROBABLE CAUSE

4.     As more fully detailed below, FBI is investigating a robbery of a cellular phone store located in Plainfield, Illinois, ("Cellular Phone Store A"). According to reports of victim interviews, surveillance footage reviewed by law enforcement, and evidence recovered from the getaway vehicle, on or about September 24, 2025, at approximately 11:28 a.m., three masked black men wearing hooded sweatshirts entered Cellular Phone Store A, pointed a firearm at two store employees and a customer, and robbed the store of approximately $92,337.64 in merchandise, mostly Apple cell phones. After barricading the store employees and customer in a restroom, the three robbers left the store carrying two large canvas bags filled with the store's stolen merchandise and entered a gray Chrysler Pacifica minivan occupied by the getaway driver, and another person in the back seat. Unbeknownst to the robbers, one of the cell phones was equipped with a tracking device, which provided real time GPS location information to law enforcement. Using that GPS location information, law enforcement located the Chrysler minivan in Blue Island, Illinois. The robbers fled from the minivan. Law enforcement located the numerous sealed Apple cell phone products consistent with the inventory stolen from Cellular Phone Store A. Using aerial surveillance, law enforcement located and detained the four robbers fleeing from the minivan and identified them as SIDNEY BLACKMON, RASHAAD

COLLINS, DEVON JOHNSON, and DWAYNE PARKER. At the time of their arrest, JOHNSON was wearing clothing that matched the driver of the getaway vehicle. COLLINS and BLACKMON were wearing clothing that matched the robbers who entered the store. PARKER was wearing clothing that matched one the robbers who fled from the minivan. Law enforcement also recovered a .40 caliber Glock firearm in a nearby yard, that based on aerial surveillance video footage, BLACKMON tossed as he fled the area before his arrest.

5. Based on my experience, I know that Cellular Phone Store A receives goods from out of state and sell goods that travel in, and are used in, interstate commerce, including Apple products that are manufactured in China.

### Robbery of Cellular Phone Store A

6. According to Plainfield Police reports, on or about September 24, 2025, at approximately 11:39 a.m., officers from Plainfield Police Department were dispatched to Cellular Phone Store A, in the 12000 block of S. Route 59, in Plainfield, in response to a panic alarm coming from inside the store. Upon arrival at Cellular Phone Store A, the police interviewed two victim employees (Employee A and Employee B) and one victim customer (Customer A), who each reported that three unknown black males wearing face masks—one of whom brandished a firearm—entered the business and forced them to a back room at gunpoint. According to Employee A and Employee B, the offenders stole a significant amount of inventory, including cellular phones, tablets, iPads, and Apple watches. After taking the items,

the robbers forced the employees and customer at gunpoint into the restroom. The robbers barricaded the restroom door.

7.     According to Cell Phone Store A records, the robbers took approximately $92,337.64 worth of merchandise during the robbery.

8.     In sum, according to the Plainfield police reports, Employee A stated the following:

a.     Employee A was inside the Cell Phone Store A with Customer A, and observed four male black subjects wearing facemasks enter the store. Employee A stated that three of the masked men wore dark-colored hooded sweatshirts with a hood over their heads. According to Employee A, the fourth offender wore a white or cream-colored hooded sweatshirt with the hood covering his head.[1]

b.     Employee A stated that the robbers pointed a firearm at him and Customer A.

c.     According to Employee A, the robbers patted him down and removed Employee A's cellular phone and wallet from his person, which contained credit cards, his driver's license, photo identification, and approximately $200.

d.     According to Employee A, the robbers then forced Employee A and Customer A, at gunpoint, to the back room of Cellular Phone Store A. Employee A stated that while there, the robbers instructed him to open the store's safes that

---

[1] Based on my review of the surveillance footage only three robbers entered the store, two wearing dark hooded sweatshirts, and one wearing a white or cream colored sweatshirt.

contained Celluar Phone Store A's inventory of cell phones, tablets, iPads, Apple watches, and U.S. currency.

      e.     Employee A stated that he laid on his stomach as two of the robbers removed inventory from the safes. He observed the robbers place Cellular Phone Store A's inventory into canvas bags.

      f.     Employee A stated that he heard Cellular Phone Store A's door chime, which he explained, chimes when the front door of Cellular Phone Store A is opened. Employee A stated that he heard one of the robbers talking to Employee B, who had just arrived at the store to begin his shift. Employee A stated that he heard one of the robbers order Employee B into Cellular Phone Store A's backroom and tell him to lie down on his stomach.

      g.     Employee A stated that once the robbers emptied Cellular Phone Store A's inventory safe, the robbers ordered Employee A, Employee B, and Customer A to the Cellular Phone Store A's employee restroom.

      h.     Employee A stated that after the robbers ordered Employee A, Employee B, and Customer A into the restroom, Employee A heard the robbers place an object in front of the restroom door. According to Employee A, after several minutes, Employee A, Employee B, and Customer A pushed the restroom door open, and discovered that the a refrigerator was placed against the door, barricading them inside.

9. According to Plainfield police reports, officers also interviewed Employee B and Customer A, who each provided statements that were substantially similar to that of Employee A. Plainfield police reports indicate that Customer A observed one of the robbers move the slide of the firearm to the rear, chambering a round in the firearm as he entered the store. According to the reports, Customer A stated that one of the robbers removed Customer A's cell phone and his wallet from his person, and that cash was removed from his wallet, but his cell phone was left on a desk. Customer A stated one of the robbers, who was wearing tan boots, threw him to ground, caused injury to right hand, and then kicked his hand with his boot. Customer A said he observed his blood on the heel of the robber's boot. Based on my review of the surveillance video, Robber 2 appears to have intentionally tripped Customer A causing him to fall forward and hit his head against the door jam. Plainfield police reports indicate that officers observed a cut on Customer A's right hand and he was treated by paramedics on scene.

10. According to Plainfield police reports, Employee B stated that when he walked in the front door of the store, he observed one of the robbers carrying a black firearm that resembled a Glock. Employee B further stated that this robber ordered Employee B to the back storage room where he observed Employee A and Customer A on the floor. Employee B added that after the robbers took the store's merchandise he, Employee A, and Customer A were ordered into the women's restroom and the robbers told them not to come out. Employee B explained that once they exited the

restroom, they notified Cellular Phone Store A's alarm company who in turn notified the police.

11.     The FBI obtained and reviewed surveillance footage of the armed robbery. The surveillance footage is consistent with Employee A's, Employee B's, and Customer A's accounts. Screenshots of pertinent security footage within Cellular Phone Store A are set forth below:

a.     The following screen shot shows two of the masked robbers, Robber 1 wearing a dark hooded sweatshirt and blue jeans with what appears to be a firearm in his hand (circled in red) and Robber 2 wearing a white hooded sweatshirt and black pants, as shown below[2]:



---

[2] The victims' faces have been redacted in this document to maintain their privacy and dignity. 18 U.S.C. § 3771(a)(8).

b.      The following screenshot shows Robber 1 following Employee A into the back inventory room of the Cellular Phone Store A:



c.      The following screenshot shows Robber 3, wearing a dark hooded sweatshirt, dark pants, and tan boots with Customer A who appears on his hands and knees:



d.     The following screenshot shows Robber 1, pointing at Employee A in back room of Cellular Phone Store A while Employee A is opening the safe:



e.     The following screenshot shows Robber 2 and Robber 3 filling two cream canvas bags with the items from Cellular Phone Store A's safe as Customer A is on the ground on his stomach and Robber 1 is the doorway of the backroom, earlier footage from this camera shows Employee A on his stomach behind Robber 2:



f.      The following screenshot shows Robber 1, with a firearm in his hand (circled in red) and Employee B who has his hands raised:



g.      The following screenshot shows Robber 1 with a firearm in his hand (circled in red) and Employee B, who is entering into Cellular Phone store A's restroom. Later footage from this camera shows both Employee A and Customer A going into the same restroom, while Robber 1 supervises:



h.     The following screenshot shows Robber 1 barricading the door of the restroom by tipping a refrigerator in front of the door.



12.     Surveillance video also shows that at approximately 11:27 am on September 24, 2025, a gray colored Chrysler minivan—the make of which I know, based on my training and experience, is a Pacifica—with an unknown number of occupants arrived and pulled up to the back entrance of Cellular Phone Store A. Surveillance footage further shows that the Chrysler minivan pulled forward and then backed up approximately thirty seconds later. Below is a still image of surveillance footage from Cellular Phone Store A's back entrance depicting the minivan on arrival:



13.     Surveillance video further shows that three robbers entered the front of the store at approximately 11:28 a.m:

        a.      Robber 1, wearing a black hooded sweatshirt, jeans, and tan boots,

        b.      Robber 2, wearing a white sweatshirt, dark pants, black shoes and a black back pack, and

        c.      Robber 3, wearing a black sweatshirt, black pants, and tan boots.

14.     According to the surveillance footage, at approximately 11:33 a.m. on September 24, 2025, the getaway driver, Robber 5, who appears ungloved positions the minivan directly in front of the back entrance to Cellular Phone Store A. Shortly thereafter, Robbers 1, 2, and 3 exited the rear door of Cellular Phone Store A, with Robber 2 and Robber 3 carrying full large canvas bags, as reflected in the below still images of the Cellular Phone Store A's rear entrance:



15.     As shown in the screenshot of the surveillance video below, a person, Robber 4, with a white gloved hand (circled in red), who based on the positioning of the getaway driver was in the backseat of the minivan, opened the door for Robber 2 and Robber 3 as they approached:



16.     The surveillance video shows that Robber 1 gets into the Chrysler minivan shortly thereafter:



17.     Surveillance video further shows that at approximately 11:34 a.m. on September 24, 2025, the Chrysler minivan leaves the scene and had affixed a Chicago Bears rear license plate, bearing Illinois registration number 7008BD. According to law enforcement databases, that license plate is registered to a black 2000 Ford E150 van. Through my experience, offenders using vehicles in crimes will put stolen license plates on a vehicle to disguise the true identity of the registration and vehicle.

### *Tracking Chrysler Minivan*

18.     According to Plainfield police reports, the manager of Cellular Phone Store A told law enforcement that one of the cell phones that the robbers stole from the safe had a tracking device inside the packaging that, once activated, could

provide real-time GPS location information from Cellular Phone Store A's alarm company.

19.     Based on my training and experience, I know that the tracking device used by Cellular Phone Store A is motion activated and therefore once the robbers removed the tracked merchandise from the safe, it sent an alert to the alarm company. According to Plainfield investigators, the alarm company contacted Plainfield police dispatch and provided a login to track the stolen device through the tracker's GPS. The Illinois State Police Emergency Radio Network (ISPERN) broadcasted the GPS location information and provided real time updates on the location of the tracked stolen device. According to Plainfield police reports, the tracking device was activated when the Chrysler minivan was approximately one-half mile from Cellular Phone Store A. The tracking data showed that tracking continued and did not stop until the robbers abandoned the vehicle, at 11934 Maple Avenue, Blue Island, Illinois.

20.     According to Plainfield police reports, at approximately 12:31 p.m., Officers with the Blue Island Police Department, who were monitoring ISPERN, noted the location of the tracked stolen device approaching an intersection in their town. Plainfield police reports indicate that Blue Island Police Officer Pulido observed the gray colored Chrysler Pacifica bearing Illinois Chicago Bears Plate 7008BD in the same area where the tracked stolen device was signaling.

21.     According to Plainfield police reports, law enforcement officers in the area were receiving real-time updates from an aerial surveillance unit that was

overhead. Plainfield police reports indicate that the aerial surveillance was able to locate and record the movements of the Chrysler Pacifica, which observed the vehicle drive at a high rate of speed into oncoming traffic and then crash through a fenced area and eventually stopped at 11934 Maple Avenue, Blue Island, Illinois, behind a residence. According to the aerial surveillance video, four of the occupants fled from the vehicle and law enforcement responds to the immediate area within approximately 30 seconds.

### *Initial Identification of Robbers 1, 3, 4 and 5*

22.     Utilizing aerial surveillance, located and detained four of five individuals as they were fleeing the Chrysler Pacifica.[3] RASHAAD COLLINS (later identified Robber 3), DEVON JOHNSON (later identified as the getaway driver, Robber 5), and DWAYNE PARKER (later identified as the backseat person, Robber 4) were detained as they were fleeing the Chrysler Pacifica.

23.     According to Blue Island investigators, while on scene with the Chrysler Pacifica, investigators received a 911 call about an unknown male that was hiding in the backyard of a nearby residence without any shoes on, while on the call with dispatch, the 911 caller said the male was walking toward 119th and Western Avenue. According to Blue Island investigators, SIDNEY BLACKMON (later identified as Robber 1), was located at 119th and Artesian, which I know is three blocks from the 911 caller's residence. According to Blue Island investigators, BLACKMON was wearing clothing similar to one of the robbers (his shirt was turned

---

[3] Robber 2, who was wearing a white hooded sweatshirt was not apprehended.

inside out), not wearing shoes, and his clothes were covered in shrubbery debris. BLACKMON was detained by the Blue Island Police Department. According to Blue Island investigators, they conducted an on scene show up of BLACKMON and the 911 caller positively identified BLACKMON as the person who hid in her backyard.

### ***Review of Video Surveillance and clothing worn by the robbers***

24.    Blue Island Police Department transported JOHNSON, COLLINS, PARKER, and BLACKMON to the Plainfield Police Department where investigators continued to review the surveillance footage. I observed the following similarities:

a.    DEVON JOHNSON was wearing clothing matching that of the driver of the Chrysler Pacifica, Robber 5. Below are still images from Cellular Phone Store A's surveillance video and an image taken by the Plainfield Police Department of JOHNSON:



*Getaway driver, Robber 5, shown above*



*Similar markings on sweatshirt of JOHNSON, shown above.*

I also obtained a screenshot of a surveillance video from Car Rental Store A, whose representative told law enforcement that JOHNSON rented a 2024 Chrysler Pacifica earlier that day. In the screenshot, as shown below, JOHNSON appears to be wearing the same sweatshirt:



18

b.      RASHAD COLLINS was wearing clothing matching that of Robber 3 who, based on my review of the surveillance video entered Cellular Phone Store A, attempted to lock the front business door, escorted Employee A into the rear of the store, and carried a canvas bag and black backpack of merchandise out of the store into the Chrysler Pacifica. Below are still images from the Cellular Phone Store A's surveillance video and images taken by the Plainfield Police Department of COLLINS:



*Surveillance video of Robber 3 getting into the Chrysler minivan, above.*



*COLLINS pictured above with similar underwear and black pants.*

      c.     DWAYNE PARKER, who agents believe is Robber 4, the white gloved person in the rear seat who opened the door for Robbers 1, 2, and 3, as they exited Cellular Phone Store A. PARKER was wearing clothing, specifically white gloves, matching that of Robber 4, based on my observation of the aerial surveillance video fled from the Chrysler Pacifica after law enforcement attempted a traffic stop. The video also shows PARKER removing a ski mask while trying to jump over a fence.

Below are still images taken by law enforcement after PARKER was detained and images taken by the aerial surveillance.

 

*Pictured above, similar underwear on Parker to one of the robbers who fled from the Chrysler Pacifica.*



d.     SIDNEY BLACKMON was wearing clothing matching that of Robber 1, who based on my review of the surveillance video, brandished a firearm during the robbery and later barricaded Employee A and B, and Customer A in the restroom of the store. Below are still images from Cellular Phone Store A and images

21

taken by the Plainfield Police Department of BLACKMON's jeans and seized as evidence:



*The above photos compared similar rip in jeans on Robber 1 in video surveillance on left, with photo of BLACKMON's jeans on right.*

### ***Items recovered from the Chrysler Pacifica***

25.    Plainfield police reports indicate that when officers approached the vehicle, they observed the vehicle's Chicago Bears license plate was taped onto New York license plate LRC1403, which is registered to a 2024 Gray Chrysler Pacifica. Officer observed numerous sealed Apple products inside the van, consistent with the inventory that was stolen from Cellular Phone Store A, a backpack with the Nike "Swoosh" design, consistent with the backpack worn by Robber 2 upon entering the

store, and Robber 3 upon exiting the store, and brown construction type boots, consistent with shoes worn by Robbers 1 and 3 inside the store.

26.     On September 24, 2025, the Plainfield Police Department obtained a search warrant for the Chrysler Pacifica minivan. According to Plainfield investigators, they recovered cellular telephones, tan boots that appeared to have a blood stain, similar to that worn by the robbers, clothing similar to that worn by the robbers, a ski mask and disposable gloves.

### *Recovery of a Glock 40 caliber firearm*

27.     Based on my review of the aerial surveillance video, I observed Robber 1, BLACKMON, flee from the Chrysler Pacifica minivan and while running throw an object, that resembled a firearm, over a fence into a nearby backyard. According to Blue Island investigators, they recovered a Glock 40 caliber firearm from 11940 S. Maple Ave, the same backyard visible on the video, on September 24, 2025, during their canvas of the area.

## CONCLUSION

28.     Based on the above information, I respectfully submit that there is probable cause to believe that on or about September 24, 2025, in the Northern District of Illinois, Eastern Division, Sidney BLACKMON Rashaad COLLINS, Devon JOHNSON, and Dwayne PARKER, obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in violation of Title 18, United States Code, Section 1951(a) and 2 and used a firearm

in furtherance of that robbery, in violation of Title 18, United States Code, Section 924(c).

FURTHER AFFIANT SAYETH NOT.

*Scott Erthal*

Scott Erthal
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me telephonically on September 25, 2025

Honorable Gabriel A. Fuentes
United States Magistrate Judge